Marian F. Harrison
US Bankruptcy Judge

Dated: 8/15/2023

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NASHVILLE SENIOR CARE, LLC, *et al.*,[1] | ) Case No. 23-02924 |
| | ) Judge Marian F. Harrison |
| Debtors. | ) |
| | ) (Joint Administration Requested) |
| | ) |

## ORDER DIRECTING THE JOINT
## ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the *Expedited Motion of Debtors for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases* (the "Motion"),[2] filed by the above-captioned debtors (collectively, the "Debtors") for entry of an order (this "Order") authorizing and directing the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only, all as further described in the Motion; and upon consideration of the First Day Declaration and the record of the Chapter 11 Cases; and this Court having found that (i) this Court has jurisdiction over the Debtors, their estates, property of their estates, and to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334, (ii) this Court may enter a final order consistent with

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of Debtors' federal tax identification number are: Nashville Senior Care LLC (6516), Cincinnati Senior Care, LLC (4344), Dayton Senior Care, LLC (7202), Florida Senior Living, LLC (6593), Sebring Senior Living, Inc. (0539), Trousdale Issuer, LLC (8513), and Waynesboro Healthcare, LLC (0594). The corporate headquarters and the mailing address for the Debtors is 485 Central Avenue NE, Cleveland, Tennessee 37311.

[2] Capitalized terms used but not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

1

Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (iv) venue of this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409, and (v) due and proper notice of the Motion and the hearing thereon have been given as set forth in the Motion and no further or other notice of the Motion is required under the circumstances; and this Court having reviewed the Motion and having heard the statements in support of the relief requested in the Motion at a hearing before this Court; and having determined that the legal and factual bases set forth in the Motion and the First Day Declaration establish just cause for the relief granted in this Order; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 23-02924 in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 9075-1.

3. The consolidated caption of the jointly administered Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NASHVILLE SENIOR CARE, LLC, *et al.*,[1] | ) Case No. 23-02924 |
| | ) Judge Marian F. Harrison |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

1   The Debtors in these chapter 11 cases, along with the last four digits of Debtors' federal tax identification number are: Nashville Senior Care, LLC (6516), Cincinnati Senior Care, LLC (4344), Dayton Senior Care, LLC (7202), Florida Senior Living, LLC (6593), Sebring Senior Living, Inc. (0539), Trousdale Issuer, LLC (8513), and Waynesboro Healthcare, LLC (0594). The corporate headquarters and the mailing address for the Debtors is 485 Central Avenue NE, Cleveland, Tennessee 37311.

4. The foregoing consolidated caption shall be deemed to satisfy any applicable requirements of section 341(c)(1) of the Bankruptcy Code and Bankruptcy Rule 1005.

5. A docket entry shall be made on the docket in the Chapter 11 Case of each of the Debtors, except Nashville Senior Care, LLC, substantially stating as follows:

> An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Cincinnati Senior Care, LLC, Case No. 23-02925, Dayton Senior Care, LLC, Case No. 23-02926, Florida Senior Living, LLC, Case No. 23-02928, Sebring Senior Living, Inc., Case No. 23-02929, Trousdale Issuer, LLC, Case No. 23-02930, and Waynesboro Healthcare, LLC, Case No. 23-02931. **The docket in the chapter 11 case of Nashville Senior Care, LLC, Case No. 23-02924, should be consulted for all matters affecting these cases.**

6. The Clerk of the Court shall maintain one file and one docket for the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for the chapter 11 case of Nashville Senior Care, LLC, Case No. 23-02924.

7. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

8. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and provisions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

IT IS SO ORDERED.

> **THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

**APPROVED FOR ENTRY:**

*/s/ Robert J. Gonzales*
Robert J. Gonzales (robert@emerge.law)
Nancy B. King (nancy@emerge.law)
EmergeLaw, PLC
4235 Hillsboro Pike, Suite 350
Nashville, Tennessee 37215
(615) 815-1535

- and –


**MCDONALD HOPKINS LLC**
Shawn M. Riley (*pro hac vice* admission pending)
Scott N. Opincar (*pro hac vice* admission pending)
Michael J. Kaczka (*pro hac vice* admission pending)
Maria G. Carr (*pro hac vice* admission pending)
600 Superior Avenue, E., Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
Email: sriley@mcdonaldhopkins.com
　　　　sopincar@mcdonaldhopkins.com
　　　　mkaczka@mcdonaldhopkins.com
　　　　mcarr@mcdonaldhopkins.com

*Proposed Counsel to the Debtors and Debtors in Possession*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.